UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA SEBERSON, | |
| Plaintiff, | Case No. 2:21-cv-01009 |
| v. | **NOTICE OF RELATED CASES** |
| AMAZON.COM, INC., | |
| Defendant. | |

Plaintiff Andrea Seberson, individually and on behalf of all others similarly situated, submits this Notice of Related Cases as required under Local Civil Rule 3(g). Plaintiff believes that the following cases pending in the United States District Court for the Western District of Washington satisfy the criteria for relatedness set out in Local Civil Rule 3(g):

| Case Caption | Case Number | Presiding Judge |
|---|---|---|
| *De Coster, et al. v. Amazon.com, Inc.* | 2:21-cv-693 | Chief Judge Ricardo S. Martinez |
| *West, et al. v. Amazon.com, Inc.* | 2:21-cv-694 | Chief Judge Ricardo S. Martinez |
| *Hogan v. Amazon.com, Inc.* | 2:21-cv-996 | Michelle L. Peterson |

*Hogan* was filed on July 26, 2021, two days before Plaintiff Seberson brought this action. *Hogan* is related to Plaintiff's case because it concerns the same parties, property, transactions, and events. Specifically, both cases are putative class actions alleging that Amazon violated the antitrust laws by tying third party sellers' access to Amazon's "Buy Box" to their paying for Amazon's logistics service (Fulfillment by Amazon), and that this unlawful tying arrangement

NOTICE OF RELATED CASES - 1
Case No. 2:21-cv-01009

led directly to overcharges on purchases made by consumers through the Buy Box. Both Plaintiff Seberson's case and *Hogan* seek to certify a class of U.S. consumers who purchased an item through Amazon's Buy Box (whether from Amazon or a third party seller) that was then shipped (or "fulfilled") by Amazon. Because Plaintiff's case and *Hogan* involve the same factual allegations and legal theories, it is "likely that there will be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases are conducted before different judges."

*De Coster* and *West* were consolidated before Chief Judge Ricardo S. Martinez on June 21, 2021 under *De Coster's* case number, 2:21-cv-693. The consolidated amended complaint in *De Coster* brings a putative class action alleging that Amazon violated the antitrust laws by (1) entering into horizontal price fixing agreements with its two million third party merchants, (2) obtaining monopoly power in the online retail sales market in the United States, and (3) attempting to obtain monopoly power in the online retail sales market in the United States. The consolidated complaint in *De Coster* defines the putative class as "[a]ll persons who on or after May 26, 2017, purchased one or more goods on Amazon's marketplace."

While Plaintiff Seberson's case also is a putative class action alleging that Amazon violated the antitrust laws, it is premised not on price fixing agreements but on an unlawful tying arrangement. Plaintiff alleges that Amazon violated the antitrust laws by tying third party Sellers' access to the Buy Box (the tying product)—through which 90% of Amazon purchases are made—to Sellers' purchasing Amazon's Fulfillment services (the tied product). Plaintiff Seberson alleges that this tying arrangement directly resulted in higher prices for items purchased through Amazon's Buy Box and that the tying arrangement violates both Sections 1 and 2 of the Sherman Act. Plaintiff Seberson's proposed class consists of "[a]ll persons who, while residing in the United States, purchased an item during the Relevant Period through Amazon's Buy Box, and the order was then shipped (or 'fulfilled') by Amazon," and the Relevant Period is defined as January 1, 2013 through the present.

NOTICE OF RELATED CASES - 2
Case No. 2:21-cv-01009

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Although Plaintiff Seberson's case need not be related to and consolidated with *De Coster* and *West* because her claims are based on factual allegations and legal theories different from those in *De Coster* and *West*, the actions concern many of the same parties: Amazon and persons who made purchases through its website. These cases also concern many of the same transactions, namely purchases through the Amazon website—although the purchases in Plaintiff Seberson's case cover a period that is twice as long as the period in *De Coster* and *West*, and Plaintiff Seberson's case is limited to purchases made through the Buy Box and fulfilled by Amazon.

Given the numerous differences between this action and *De Coster* and *West*, Plaintiff Seberson does not believe that there is a likelihood of "unduly burdensome duplication of labor and expense." Nonetheless, the cases are related in the sense that there is a potential for conflicting results on one issue if the cases are conducted before different judges. Plaintiff Seberson's complaint and the consolidated *De Coster* complaint both allege (in the context of claims under Section 2 of the Sherman Act) that Amazon possesses monopoly level market power in the online retail sales market in the United States. On this single issue, there is a potential for conflicting results if the cases are conducted before different judges.

RESPECTFULLY SUBMITTED AND DATED this 30th day of July, 2021.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Tel: (206) 816-6603
Fax: (206) 319-5450

NOTICE OF RELATED CASES - 3
Case No. 2:21-cv-01009

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 | Daniel E. Gustafson, *Pro Hac Vice forthcoming*
Email: dgustafson@gustafsongluek.com
2 | Daniel C. Hedlund, *Pro Hac Vice forthcoming*
Email: dhedlund@gustafsongluek.com
3 | Michelle J. Looby, *Pro Hac Vice forthcoming*
Email: mlooby@gustafsongluek.com
4 | Daniel J. Nordin, *Pro Hac Vice forthcoming*
Email: dnordin@gustafsongluek.com
5 | Mickey L. Stevens, *Pro Hac Vice forthcoming*
Email: mstevens@gustafsongluek.com
6 | GUSTAFSON GLUEK PLLC
7 | Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
8 | Minneapolis, MN 55402
Tel: (612) 333-8844
9 | Fax: (612) 339-6622

10

11 | Brett Cebulash, *Pro Hac Vice forthcoming*
Email: bcebulash@tcllaw.com
12 | Kevin Landau, *Pro Hac Vice forthcoming*
Email: klandau@tcllaw.com
13 | Evan Rosin, *Pro Hac Vice forthcoming*
Email: erosin@tcllaw.com
14 | TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
15 | New York, NY 10038
Tel: (212) 931-0704
16 | Fax: (212) 931-0703

17
*Attorneys for Plaintiff and Proposed Class*

18

19

20

21

22

23

24

25

26

27

NOTICE OF RELATED CASES - 4
Case No. 2:21-cv-01009