THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREA SEBERSON,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

Case No. 2:21-cv-01009-RSM

NOTICE OF MOTION TO CONSOLIDATE



Pursuant to LCR 42(a), Plaintiffs in *De Coster, et al. v. Amazon.com, Inc.*, No. 2:21-cv-00693-RSM (W.D. Wash.), hereby give notice of the filing on August 5, 2021, of a Motion to Consolidate Related Actions Under Local Rule 42 seeking to consolidate *Angela Hogan v. Amazon.com, Inc.*, Case No. 2:21-cv-00996-RSM (W.D. Wash.), and *Andrea Seberson v. Amazon.com, Inc.*, Case No. 2:21-cv-01009-RSM (W.D. Wash.), with the *De Coster* Action.

DATED:  August 5, 2021

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By       /s/ Steve W. Berman
     Steve W. Berman (WSBA No. 12536)
        /s/ Barbara A. Mahoney
     Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

KELLER LENKNER LLC

Zina G. Bash (pro hac vice)
501 Congress Avenue, Suite 150
Austin, TX, 78701
Telephone: (512) 620-8375
E-mail: zina.bash@kellerlenkner.com

Warren D. Postman (pro hac vice)
Albert Y. Pak (pro hac vice)
1300 I Street N.W., Suite 400E
Washington DC, 20005
Telephone: (202) 749-8334
E-mail: wdp@kellerlenkner.com
E-mail:albert.pak@kellerlenkner.com



QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By:  /s/ Alicia Cobb
Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (pro hac vice)
David D. LeRay (pro hac vice)
Nic V. Siebert (pro hac vice)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com

Adam B. Wolfson (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

KELLER ROHRBACK L.L.P.

By:  /s/ Derek W. Loeser
Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Dloeser@kellerrohrback.com

*Attorneys for De Coster Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

                                          */s/ Steve W. Berman*
                                            Steve W. Berman

