— **EXHIBIT 1** —

**United States District Court**
**Western District of Washington**

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:21-cv-693-RSM<br><br>[**Proposed**] **Order Regarding** *De Coster* **Plaintiffs' Motion to Consolidate** |

## ORDER

The Court, after careful consideration of the Motion to Consolidate (ECF No. 22) filed by the plaintiffs in *De Coster, et al. v. Amazon.com, Inc.*, No. 2:21-cv-00693-RSM, and all papers and exhibits filed in support and opposition thereto, does hereby find and ORDER:

(1) The *De Coster* plaintiffs have not met their burden of showing that the benefits of the consolidation they seek outweigh the prejudice to the plaintiffs in *Hogan* and *Seberson*, as required by Federal Rule of Civil Procedure 42.

(2) Accordingly, the *De Coster* plaintiffs' Motion to Consolidate is DENIED in part.

(3) Nonetheless, the Court concludes that there are benefits to consolidating these cases for the limited purpose of coordinating discovery.

(4) To that end, the *Hogan* and *Seberson* actions are consolidated with *De Coster* for the purpose of coordinating discovery under the case number for the *De Coster* action, 2:21-cv-693-RSM.

(5) The plaintiffs in *Hogan* and *Seberson* will file a consolidated amended class action complaint within 30 days of this order.

(6) The leadership structure in *De Coster* will continue to apply to the *De Coster* action.

(7) The plaintiffs in *Hogan* and *Seberson* will continue to be represented by their chosen counsel and may file a motion proposing a leadership structure for their proposed class actions raising antitrust tying claims.

(8) All documents in *De Coster* and the consolidated *Hogan/Seberson* actions shall be filed in the *De Coster* master docket.

(9) Documents that pertain to only *De Coster* or only *Hogan/Seberson* shall be identified in the caption of each document as "On behalf of *De Coster* Plaintiffs" or "On behalf of Tying Plaintiffs."

DATED this _____ day of _____, 2021.

_____
Honorable Ricardo S. Martinez
Chief Judge