— **EXHIBIT 2** —

| From: | Zina Bash |
|---|---|
| To: | bterrell@terrellmarshall.com; amcentee@terrellmarshall.com; Kenneth Wexler; Justin Boley; Zoran Tasic; dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com; Michelle Looby; Dan Nordin; mstevens@gustafsongluek.com; bcebulash@tcllaw.com; klandau@tcllaw.com; erosin@tcllaw.com |
| Cc: | Warren Postman; steve@hbsslaw.com; Steig Olson; Adam Wolfson |
| Subject: | Amazon |
| Date: | Monday, August 2, 2021 11:44:01 AM |

Counsel,

We are counsel for Plaintiffs in *De Coster et al. v. Amazon*, Case No. 2:21-cv-00693, and believe that your cases, *Hogan v. Amazon*, Case No. 2:21-cv-00996, and *Seberson v. Amazon*, 2:21-cv-01009, are related to and should be consolidated with *De Coster*. We would like to file a stipulation to consolidate or motion to consolidate—depending on your view of consolidation—early this week. Would you let us know your position with respect to consolidation at your earliest opportunity? We are available to discuss with you live.

Thank you.

**Zina Bash**
Partner

Keller | Lenkner

111 Congress Avenue, Suite 500 | Austin, TX, 78701
512.620.8375 | Email | Bio | Website