The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA HOGAN, on behalf of herself and others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>               Defendant. | Case No. 2:21-cv-00996-RSM<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR CONSOLIDATION, FILING OF CONSOLIDATED AMENDED COMPLAINT, AND SCHEDULE FOR ANSWER OR MOTION TO DISMISS<br><br>**Note on Motion Calendar**:<br>August 30, 2021 |
| ANDREA SEBERSON,<br><br>               Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>               Defendant. | Case No. 2:21-cv-01009-RSM<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR CONSOLIDATION, FILING OF CONSOLIDATED AMENDED COMPLAINT, AND SCHEDULE FOR ANSWER OR MOTION TO DISMISS<br><br>**Note on Motion Calendar**:<br>August 30, 2021 |

STIPULATION AND ORDER FOR
CONSOLIDATION AND SETTING DEADLINES
Case Nos. 2:21-cv-00996; and 2:21-cv-01009

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

The parties, by and through their counsel, stipulate and agree as follows:

1. The above-captioned proposed class actions ("*Hogan* and *Seberson*") each allege antitrust claims against Amazon.com, Inc., based on alleged overcharges to consumers caused by Amazon allegedly tying a Seller's access to the "Buy Box" on the Amazon website to the Seller's purchase of Amazon's fulfillment services. Plaintiffs in both *Hogan* and *Seberson* ("Plaintiffs") have identified their cases as related to two other proposed class actions pending before the Court, which have since been consolidated into a single case under the caption *De Coster, et al. v. Amazon.com, Inc.*, 2:21-cv-693 ("*De Coster*").

2. On August 5, 2021, counsel for plaintiffs in *De Coster* filed motions to consolidate *Hogan* and *Seberson* into the *De Coster* Action. *See* 2:21-cv-00996, Dkt. 12; 2:21-cv-01009, Dkt. 4. Plaintiffs in *Hogan* and *Seberson* oppose consolidation with *De Coster*. *See* 2:21-cv-00996, Dkt. 13; 2:21-cv-01009, Dkt. 5. Amazon has not taken a position on consolidation of *Hogan* and *Seberson* with *De Coster*. Briefing on the *De Coster* consolidation motion has now closed.

3. Without regard to the Court's resolution of the pending motion to consolidate *Hogan* and *Seberson* into *De Coster*, Plaintiffs and Amazon (together, the "parties") agree that consolidation of the *Hogan* and *Seberson* Actions is appropriate because the actions involve materially similar allegations. Further, because Amazon intends to file a motion to dismiss the *Hogan* and *Seberson* complaints, the parties have discussed and agreed upon a briefing schedule to govern Amazon's anticipated motion to dismiss

4. Based on the foregoing, the parties hereby stipulate and agree as follows:

  a. If the Court denies the pending motions to consolidate *Hogan* and *Seberson* with *De Coster*, Plaintiffs shall file an amended class action complaint consolidating *Hogan* and *Seberson* within 14 days of entry of the Court's order denying the motions;

  b. Amazon shall file its motion to dismiss (or answer) within 45 days after Plaintiffs file their consolidated amended class action complaint;

STIPULATION AND ORDER FOR
CONSOLIDATION AND SETTING DEADLINES - 1
Case Nos. 2:21-cv-00996; and 2:21-cv-01009

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
      c.    Plaintiffs' opposition to any motion to dismiss by Amazon shall be due 45 days after the filing of Amazon's motion to dismiss; and

3
      d.    Amazon shall have 30 days to file its reply brief on its motion to dismiss.

4
5
DATED this 30th day of August, 2021.

6
7
8
9
10
11
By: */s/ Beth E. Terrell*
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

12
13
14
15
16
17
18
Kenneth A. Wexler, *Pro Hac Vice*
Email: kaw@wexlerwallace.com
Justin N. Boley, *Pro Hac Vice*
Email: jnb@wexlerwallace.com
Zoran Tasić, *Pro Hac Vice*
Email: zt@wexlerwallace.com
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346 2222
Facsimile: (312) 346 0022

19
20
21
22
23
24
25
26
Daniel E. Gustafson, *Pro Hac Vice forthcoming*
Email: dgustafson@gustafsongluek.com
Daniel C. Hedlund, *Pro Hac Vice forthcoming*
Email: dhedlund@gustafsongluek.com
Michelle J. Looby, *Pro Hac Vice forthcoming*
Email: mlooby@gustafsongluek.com
Daniel J. Nordin, *Pro Hac Vice forthcoming*
Email: dnordin@gustafsongluek.com
Mickey L. Stevens, *Pro Hac Vice forthcoming*
Email: mstevens@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622

27

STIPULATION AND ORDER FOR
CONSOLIDATION AND SETTING DEADLINES - 2
Case Nos. 2:21-cv-00996; and 2:21-cv-01009

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  Brett Cebulash, *Pro Hac Vice forthcoming*
   Email: bcebulash@tcllaw.com
2  Kevin Landau, *Pro Hac Vice forthcoming*
   Email: klandau@tcllaw.com
3  Evan Rosin, *Pro Hac Vice forthcoming*
   Email: erosin@tcllaw.com
4  TAUS, CEBULASH & LANDAU, LLP
   80 Maiden Lane, Suite 1204
5  New York, NY 10038
   Tel: (212) 931-0704
6  Fax: (212) 931-0703

7  *Attorneys for Plaintiffs and the Proposed Class*

8

9  DAVIS WRIGHT TREMAINE LLP

10 By: */s/ Stephen M. Rummage*
       Stephen M. Rummage, WSBA #11168
11     MaryAnn Almeida, WSBA #49086
       920 Fifth Avenue, Suite 3300
12     Seattle, WA 98104-1610
       Ph: (206) 622-3150; Fax: (206) 757-7700
13     Email:  SteveRummage@dwt.com
       Email:  MaryAnnAlmeida@dwt.com
14

15 *Attorneys for Defendant Amazon.com, Inc.*

STIPULATION AND ORDER FOR
CONSOLIDATION AND SETTING DEADLINES - 3
Case Nos. 2:21-cv-00996; and 2:21-cv-01009

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

**DATED** this \_\_\_\_ day of _____, 2021.

_____
Honorable Ricardo S. Martinez
United States District Judge

STIPULATION AND ORDER FOR
CONSOLIDATION AND SETTING DEADLINES - 4
Case Nos. 2:21-cv-00996; and 2:21-cv-01009

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax