UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA HOGAN, on behalf of herself and others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>                  Defendant. | Case No. 2:21-cv-00996-RSM<br><br>STIPULATED MOTION AND ORDER FOR CONSOLIDATION, FILING OF CONSOLIDATED AMENDED COMPLAINT, AND SCHEDULE FOR ANSWER OR MOTION TO DISMISS<br><br>**Note on Motion Calendar**:<br>August 30, 2021 |
| ANDREA SEBERSON,<br><br>                  Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>                  Defendant. | Case No. 2:21-cv-01009-RSM<br><br>STIPULATED MOTION AND ORDER FOR CONSOLIDATION, FILING OF CONSOLIDATED AMENDED COMPLAINT, AND SCHEDULE FOR ANSWER OR MOTION TO DISMISS<br><br>**Note on Motion Calendar**:<br>August 30, 2021 |

The parties, by and through their counsel, stipulate and agree as follows:

1. The above-captioned proposed class actions ("*Hogan* and *Seberson*") each allege antitrust claims against Amazon.com, Inc., based on alleged overcharges to consumers caused by Amazon allegedly tying a Seller's access to the "Buy Box" on the Amazon website to the Seller's purchase of Amazon's fulfillment services. Plaintiffs in both *Hogan* and *Seberson* ("Plaintiffs") have identified their cases as related to two other proposed class actions pending before the Court, which have since been consolidated into a single case under the caption *De Coster, et al. v. Amazon.com, Inc.*, 2:21-cv-693 ("*De Coster*").

2. On August 5, 2021, counsel for plaintiffs in *De Coster* filed motions to consolidate *Hogan* and *Seberson* into the *De Coster* Action. *See* 2:21-cv-00996, Dkt. 12; 2:21-cv-01009, Dkt. 4. Plaintiffs in *Hogan* and *Seberson* oppose consolidation with *De Coster*. *See* 2:21-cv-00996, Dkt. 13; 2:21-cv-01009, Dkt. 5. Amazon has not taken a position on consolidation of *Hogan* and *Seberson* with *De Coster*. Briefing on the *De Coster* consolidation motion has now closed.

3. Without regard to the Court's resolution of the pending motion to consolidate *Hogan* and *Seberson* into *De Coster*, Plaintiffs and Amazon (together, the "parties") agree that consolidation of the *Hogan* and *Seberson* Actions is appropriate because the actions involve materially similar allegations. Further, because Amazon intends to file a motion to dismiss the *Hogan* and *Seberson* complaints, the parties have discussed and agreed upon a briefing schedule to govern Amazon's anticipated motion to dismiss

4. Based on the foregoing, the parties hereby stipulate and agree as follows:

    a. If the Court denies the pending motions to consolidate *Hogan* and *Seberson* with *De Coster*, Plaintiffs shall file an amended class action complaint consolidating *Hogan* and *Seberson* within 14 days of entry of the Court's order denying the motions;

    b. Amazon shall file its motion to dismiss (or answer) within 45 days after Plaintiffs file their consolidated amended class action complaint;

STIPULATION AND ORDER FOR
CONSOLIDATION AND SETTING DEADLINES - 1
Case Nos. 2:21-cv-00996; and 2:21-cv-01009

   c. Plaintiffs' opposition to any motion to dismiss by Amazon shall be due 45 days after the filing of Amazon's motion to dismiss; and

   d. Amazon shall have 30 days to file its reply brief on its motion to dismiss.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

**DATED** this 1st day of September, 2021.

                Honorable Ricardo S. Martinez
                United States District Judge